IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------X
LUZ MARIA DE LA CRUZ, on behalf of
herself and all others similarly situated,

                                                            COURT FILE NO. 1:17-cv-9931

                    Plaintiff,                     Hon. Judge Paul G. Gardephe

v.

FINANCIAL RECOVERY SERVICES, INC.;
and JOHN DOES 1-25,

                    Defendant.

---------------------------------------------------X

## MOTION FOR DISMISSAL PURSUANT TO FED. R. CIV. P. 12(b)(6)

Pursuant to Fed. R. Civ. P. 12(b)(6), Defendant Financial Recovery Services, Inc. ("FRS") moves this Honorable Court for an Order dismissing Plaintiff's Complaint and all claims alleged therein for lack of standing and for failure to state a claim upon which relief may be granted.

This motion is based upon the accompanying memorandum of law, together with any argument of counsel and all of the files, records and proceedings herein, with prejudice.

                                                Respectfully submitted,

                                                MOSS & BARNETT

Dated:  May 11, 2018                   By: s/Michael T. Etmund_____
                                                Michael T. Etmund
                                                150 South Fifth Street, Suite 1200
                                                Minneapolis, MN 55402-4129
                                                Telephone: (612) 877-5000

                                                ATTORNEY FOR DEFENDANT

4038148v1

## CERTIFICATE OF SERVICE

I hereby certify that on May 11, 2018, the foregoing document was served via U.S. mail, pursuant to the Honorable Judge Paul G. Gardephe's Individual Rules of Practice in Civil Cases, upon the following parties and participants:

Benjamin Wolf, Esq.
Joseph Jones, Esq.
Jones,Wolf & Kapasi, LLC
One Grand Central Place
60 East 42nd., Street, 46th floor
New York, NY 10165

/s/ Michael T. Etmund
Michael T. Etmund

4038148v1