**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
LUZ MARIA DE LA CRUZ, on behalf of
herself and all others similarly situated,
                      Plaintiff,

      -against-

FINANCIAL RECOVERY SERVICES, INC., and
JOHN DOES 1-25,
                Defendants.
-----------------------------------------------------------X

17 **CIVIL** 9931 (PGG)

## JUDGMENT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3/29/19

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated March 28, 2019, Defendant Financial Recovery's motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) is granted; accordingly, the case is closed.

**Dated:** New York, New York
        March 29, 2019

                                                        **RUBY J. KRAJICK**
                                                          Clerk of Court
                                    BY:
                                                               Deputy Clerk